IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BILLY JACK PIATT, | : |
| | : |
| Plaintiff(s), | : |
| | : Case Number: 1:08cv415 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| WARDEN, SOCF, et. al., | : |
| | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on February 4, 2009 (Doc. 28), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 25, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, Plaintiff's motion for default judgment (Doc. 14) is **DENIED.**

**IT IS SO ORDERED.**

    **s/Susan J. Dlott**
**Chief Judge Susan J. Dlott**
**United States District Court**