IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BILLY JACK PIATT, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:08cv415 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| WARDEN, SOCF, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on February 12, 2009 (Doc. 32), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 4, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, it is **ORDERED** that plaintiff's motion that the District Court contact the defendants (Doc. 12) and motions to admit documents (Docs. 11, 18) (collectively construed as a motion for summary judgment) are **DENIED.**

**IT IS SO ORDERED.**

　　　　s/Susan J. Dlott　　　　
**Chief Judge Susan J. Dlott**
**United States District Court**