IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BILLY J. PIATT, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:08cv415 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| TERRY COLLINS, et. al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on April 13, 2009 (Doc. 38), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 1, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for leave to supplement the complaint (Doc. 19) is **GRANTED** and plaintiff is permitted to file a complaint identical to the complaint filed on August 1, 2008 (Doc. 8) with the addition of the supplemental facts included in the motion to supplement the complaint (Doc 19). Plaintiff's motion for leave to amend the complaint (Doc. 24) is **DENIED.**

IT IS SO ORDERED.

   s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court