IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BILLY J. PIATT,

    Plaintiff(s),

vs.

TERRY COLLIN, et. al.,

    Defendant(s).

Case Number: 1:08cv415

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on October 27, 2009 (Doc. 44), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 17, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, the Attorney General's motion to dismiss (Doc.42) is **GRANTED** and Defendants Dr. Martin Sevrey and Dr. James McWeeney are **DISMISSED** as parties.

IT IS SO ORDERED.

_____
Chief Judge Susan J. Dlott
United States District Court